Bankruptcy No. 16-18193   Adversary No. 17-64

CERTIFICATE OF SERVICE

I, __TRACY GILL__ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __MARCH 6, 2017__ (date) by:

(✓) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:
   SHUKRI TEMIROV
   11021 RENNARD ST.
   PHILADELPHIA, PA 19116-2621

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__03/06/17__                          __[Signature]__
Date                                   Signature

Print Name         TRACY GILL, ESQ
Business Address   LADOV LAW FIRM, P.C., 1101 MARKET ST, STE 2820
City, State, Zip   PHILADELPHIA, PA 19107