UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHUKRI TEMIROV and HALIDE DEMIR, | : | Case No.: 16-18193-amc |
| | : | |
| Debtors. | : | |
| FLEETWAY CAPITAL CORP., | : | |
| Plaintiff, | : | Adv. No.: 17-064-amc |
| v. | : | |
| SHUKRI TEMIROV and HALIDE DEMIR, | : | |
| Defendants. | : | |

**JOINT STATEMENT ON MEDIATION**

Pursuant to this Court's Pretrial Order dated May 9, 2017, Counsel for the parties in the above-captioned adversary proceeding have conferred regarding participation in the court-annexed mediation program and submit the following joint statement:

The parties do not agree to participate in the court-annexed mediation program. Plaintiff does not believe that this case is appropriate for mediation. Defendants believe that this case is appropriate for mediation.

Respectfully submitted,

LADOV LAW FIRM, P.C.

Dated: May 30, 2017

BY: JOSHUA B. LADOV, ESQUIRE
ATTORNEY I.D. NO. 73274
ARAMARK TOWER, SUITE 2820
1101 MARKET STREET
PHILADELPHIA, PA  19107-2993
267-687-8855
*Attorneys for Plaintiff,*
*Fleetway Capital Corp.*

Respectfully submitted,

Dated: May 30, 2017

*[signature]*

BY: ALEXANDER MORETSKY, ESQ.
ATTORNEY I.D. NO. 90849
2643 HUNTINGDON PIKE, SUITE 101
HUNTINGDON VALLEY, PA 19006
215-344-8343
*Attorney for Defendants,*
*Shukri Temirov and Halide Demir*