UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 7 |
| --- | --- | --- |
| SHUKRI TEMIROV | : | Case No.: 16-18193-amc |
| HALIDE DEMIR | : | |
| Debtors | : | |

| FLEETWAY CAPITAL CORP. | : | |
| --- | --- | --- |
| Plaintiff | : | Adversary No.: |
| v. | : | |
| SHUKRI TEMIROV | : | Case No.: 17-00064-amc |
| HALIDE DEMIR | : | |
| Defendants | : | |

**ORDER GRANTING PLAINTIFF'S, FLEETWAY CAPITAL CORP., MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT I OF ADVERSARY COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C 727(a)(4)(A)**

AND NOW, on this 1st day of Nov, 2017, upon consideration of Fleetway Capital Corp.'s Motion for Partial Summary Judgment on Count I of Adversary Complaint Objecting to Discharge Pursuant to Section 727(a)(4)(A) of the United States Bankruptcy Code and any response thereto, and for good cause shown, it is hereby

ORDERED and DECREED that Fleetway Capital Corp.'s Motion is ~~GRANTED~~ Denied in its entirety.

~~The Debtors are hereby denied a Chapter 7 discharge.~~

BY THE COURT:

_____
Ashely M. Chan,
United States Bankruptcy Judge

Shukri Temirov
11021 Rennard Street
Philadelphia, PA 19116
*Debtor*

Halide Demir
aka Halida Demir
aka Khalida Temirova
11021 Rennard Street
Philadelphia, PA 19116
*Joint Debtor*

Alexander Moretsky, Esquire
2643 Huntingdon Pike, Suite 101
Huntingdon Valley, PA 19006
*Attorney for Defendants,
Shukri Temirov and Halide Demir*

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226
*Chapter 7 Trustee*

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107